UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAY ADAMS, JR.,<br><br>            Defendant. | CR    1:23-cr-10018<br><br>REDACTED INDICTMENT<br><br>FIRST DEGREE MURDER<br><br>18 U.S.C. §§ 1153 and 1111 |

The Grand Jury charges:

On or about the 4th day of September, 1992, in Roberts County, in Indian country, in the District of South Dakota, the defendant, Jay Adams, Jr., an Indian, did unlawfully and with malice aforethought, murder a human being, that being [NAME REDACTED], by inflicting fatal blunt force trauma to her body and head in a willful, deliberate, malicious, and premeditated manner, in violation of 18 U.S.C. §§ 1153 and 1111.

                                            A TRUE BILL:

                                            ***Name Redacted***

                                            Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____

DEFENDANT:    JAY ADAMS, JR.

PENALTIES:

Life in prison, a $250,000 fine or both; 5 years of supervised release, a violation of conditions of release could result in 5 years of additional incarceration on any such violation; $50 assessment; and restitution.

Date Filed: April 12, 2023