# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

Daneta Wollmann, United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SF | Recorded by – FTR |
| Courtroom - PR #1 | Date – April 17, 2023 |
| U.S. Probation Officer – Bryce Mitzel | |

### 1:23-cr-10018-CBK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Troy R. Morley |
| vs. | |
| JAY ADAMS, JR. , | |
| Defendant. | Jana Miner |

Time Hearing Set to Begin: 2:40 p.m.     Time Hearing Began: 2:54 p.m.
Defendant's Age: 57                                    Education:

### INITIAL APPEARANCE (15 mins)
Parties consent to Judge Wollmann appearing via video from the Rapid City Courtroom.

Defendant received a copy of the Indictment with a penalty page and understands the allegations and maximum possible penalties

Defendant advised of right to remain silent and to counsel

**Oral Order:** Court finds Defendant qualifies for appointment of counsel under CJA. Federal Public Defender appointed effective April 17, 2023

Defendant advised of right to Detention Hearing (to be held within 7 days unless waived)
Defendant requests Detention Hearing

### ARRAIGNMENT (5 mins.)
Defendant advised of and/or understands the charges and maximum possible penalties
Defendant advised of constitutional and statutory rights
Defendant waives reading of Indictment

Defendant enters plea of not guilty to the charge(s) contained in the Indictment and requests a jury trial

**DETENTION HEARING** (24 mins.)
Mr. Mitzel gives an oral bail report
Ms. Miner offers remarks in support of release
Mr. Morley advises the Government doesn't object to release with conditions and a no contact order
Court grants the request and will file a Release Order stating all conditions

Court in Recess at 3:34 p.m.
Time in Court:  44 Minutes